NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    E-mail: robert.lester@usdoj.gov

Attorneys for Federal Defendants
Jeff Sessions, United States Attorney General;
Kirstjen M. Nielsen, Secretary of Homeland Security;
Leon Rodriguez; Susan Curda; and Corinna Luna

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOUL SOO PARK,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF SESSIONS, United States Attorney General, *et al.*,<br><br>        Defendants. | No. CV 16-9329-SJO(FFMx)<br><br>**JUDGMENT FOR FEDERAL DEFENDANTS** |

In light of the Order filed and entered on June 15, 2018, the Court ORDERS that judgment be entered as follows:

1. Judgment in favor of Federal Defendants (Jeff Sessions, United States Attorney General; Kirstjen M. Nielsen, Secretary of Homeland Security; Leon Rodriguez; Susan Curda; and Corinna Luna) as to all claims, and against Plaintiff Woul Soo Park, dismissing the action with prejudice.
2. Each shall bear her/his own attorney's fees and costs.
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

DATED: June 15, 2018.

*S. James Otero*
UNITED STATES DISTRICT JUDGE